**UNITED STATES BANKRUPTCY COURT**

**For The Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s)<br>**James Warren Punchard**<br>1805 Crystal Drive<br>Unit 1109<br>Arlington, VA 22202–4408<br><br>**xxx–xx–7873** | : Case No.: **19–12576–whd**<br>: Judge: **W. Homer Drake**<br>: Chapter: **7** |

### Clerk's Notice Re: United States Trustee's Statement of Presumed Abuse

You are hereby notified that:

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Dated:  March 12, 2020

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 403